CHIEF JUSTICE
  CAROLYN WRIGHT
JUSTICES
  DAVID L. BRIDGES
  MOLLY FRANCIS
  DOUGLAS S. LANG
  ELIZABETH LANG-MIERS
  ROBERT M. FILLMORE
  LANA MYERS
  DAVID EVANS
  DAVID LEWIS
  ADA BROWN
  CRAIG STODDART
  BILL WHITEHILL
  DAVID J. SCHENCK



**Court of Appeals**
**Fifth District of Texas at Dallas**
600 COMMERCE STREET, SUITE 200
DALLAS, TEXAS 75202
(214) 712-3400

LISA MATZ
CLERK OF THE COURT
(214) 712-3450
lisa.matz@5th.txcourts.gov

GAYLE HUMPA
BUSINESS ADMINISTRATOR
(214) 712-3434
gayle.humpa@5th.txcourts.gov

FACSIMILE
(214) 745-1083

INTERNET
HTTP://5TH.TXCOURTS.GOV

December 10, 2015

Shelly T. Greco
Eberstein & Witherite, LLP
3100 Monticello Ave., Suite 500
Dallas, TX 75205

Vanessa Rosa
Thompson, Coe, Cousins & Irons, LLP
700 N. Pearl St., 25th Floor
Dallas, TX 75201

Re: ***Matthew Goggans v. Tonia Marie Ford; 05-14-01239-CV***

Dear Attorneys:

Enclosed is corrected page 2 for the above-mentioned case. Please note the following typographical error, which has been corrected:

At the bottom of page 2 the word sufficient has been changed to **in**sufficient.

Please replace pages 2, of your previous copy with the enclosed.

Sincerely,

Lisa Matz
Clerk of the Court

cc:     Trial court judge
        Trial court clerk